1  FREAR STEPHEN SCHMID, CSB NO. 96089
   ATTORNEY AT LAW
2  177 POST STREET, SUITE 890
   SAN FRANCISCO, CA 94108
3  TELEPHONE: (415) 788-5957
   FACSIMILE: (415) 788-5958
4
   Attorney for Plaintiff
5  LIGHT & MOTION INDUSTRIES, INC.

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | LIGHT & MOTION INDUSTRIES, INC., | No. 3:12-cv-05104-JCS |
|---|---|
12 | Plaintiff, | **STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE WITH THE COURT RETAINING JURISDICTION AND [PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS** |
13 | v. | |
14 | LUMINTREK CORPORATION, a North Carolina corporation, | |
15 | | |
16 | Defendant. _____/ | |

17

18    Plaintiff LIGHT & MOTION INDUSTRIES, INC., by and through its counsel of

19 record, Frear Stephen Schmid, and defendant LUMINTREK CORPORATION, by and

20 through its counsel of record, Nichole M. Hatcher, of the law offices of Hatcher Legal,

21 PLLC, hereby stipulate to the dismissal of the above-entitled matter without prejudice,

22 expressly reserving jurisdiction to this court to enforce a settlement agreement entered

23 into between the parties, the parties acknowledging that the court had original

24 jurisdiction in this matter pursuant to 15 U.S.C. §1121, 28 U.S.C. §§1331 and 1338

25 and 28 U.S.C. §§1367(a).

26 DATED: December 19, 2012

27                                  /s/ *Frear Stephen Schmid*
                                    Frear Stephen Schmid, Attorney for
                                    Plaintiff LIGHT & MOTION
28                                  INDUSTRIES, INC.

---
1
STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE WITH THE COURT RETAINING JURISDICTION AND [PROPOSED] ORDER

1 DATED: ~~November~~ Dec. 19, 2012        HATCHER LEGAL, PLLC

*[signature: Nichole Hatcher]*
Nichole M. Hatcher, Attorneys for
Defendant LUMINTREK
CORPORATION

## ORDER

Pursuant to the above-referenced stipulation, the court hereby orders the matter dismissed without prejudice with the court expressly retaining jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: ~~November~~ December 20, 2012

*[signature: Judge Joseph C. Spero, seal of United States District Court, Northern District of California]*

Joseph C. Spero, Judge of the United States District Court