FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE: (415) 788-5957
FACSIMILE: (415) 788-5958

Attorney for Plaintiff
LIGHT & MOTION INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHT & MOTION INDUSTRIES, INC., | No. 3:12-cv-05104-JCS |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE WITH THE COURT RETAINING JURISDICTION AND [PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS** |
| v. | |
| LUMINTREK CORPORATION, a North Carolina corporation, | |
| Defendant. | |

Plaintiff LIGHT & MOTION INDUSTRIES, INC., by and through its counsel of record, Frear Stephen Schmid, and defendant LUMINTREK CORPORATION, by and through its counsel of record, Nichole M. Hatcher, of the law offices of Hatcher Legal, PLLC, hereby stipulate to the dismissal of the above-entitled matter without prejudice, expressly reserving jurisdiction to this court to enforce a settlement agreement entered into between the parties, the parties acknowledging that the court had original jurisdiction in this matter pursuant to 15 U.S.C. §1121, 28 U.S.C. §§1331 and 1338 and 28 U.S.C. §§1367(a).

DATED: December 19, 2012

/s/ *Frear Stephen Schmid*
Frear Stephen Schmid, Attorney for
Plaintiff LIGHT & MOTION
INDUSTRIES, INC.

1   DATED: ~~November~~ Dec 19 ____, 2012         HATCHER LEGAL, PLLC

2
                                                 /s/ Nichole Hatcher
3                                                Nichole M. Hatcher, Attorneys for
                                                 Defendant LUMINTREK
4                                                CORPORATION

5

6                                    **ORDER**

7       Pursuant to the above-referenced stipulation, the court hereby orders the

8   matter dismissed without prejudice with the court expressly retaining jurisdiction to

9   enforce the terms of the settlement agreement.

10      **IT IS SO ORDERED.**

11  DATED: ~~November~~ December 20 ____, 2012

12                                               _____
                                                 Joseph C. Spero, Judge of
13                                               the United States District Court

---

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE WITH THE COURT RETAINING JURISDICTION AND [PROPOSED] ORDER